# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv198

| | |
|---|---|
| VICTORIA L. SPROUSE and <br> VICTORIA L. SPROUSE, P.A., <br><br> Plaintiffs, <br><br> vs. <br><br> NVR SETTLEMENT SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER OF** <br> ) **REFERENCE** <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court *sua sponte.*

On May 15, 2009, the Defendant NVR Settlement Services, Inc. removed this civil action from the Mecklenburg County Superior Court pursuant to 28 U.S.C. § 1452(a) and Federal Rule of Bankruptcy Procedure 9027(a). [Doc. 1]. The Plaintiff Victoria L. Sprouse is the debtor in a Chapter 11 bankruptcy proceeding currently pending in the United States Bankruptcy Court for the Western District of North Carolina before the Honorable J. Craig Whitley, United States Bankruptcy Judge.

The parties submit that this civil action is a non-core proceeding that is related to Sprouse's Chapter 11 bankruptcy proceeding. [See Docs. 1, 3-2,

4]. Title 28, United States Code, section 157 provides, in pertinent part, as follows:

> A bankruptcy judge may hear a proceeding that is not a core proceeding but that is otherwise related to a case under title 11. In such proceeding, the bankruptcy judge shall submit proposed findings of fact and conclusions of law to the district court, and any final order or judgment shall be entered by the district judge after considering the bankruptcy judge's proposed findings and conclusions and after reviewing de novo those matters to which any party has timely and specifically objected.

28 U.S.C. § 157(c)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that this civil action, including all pending motions, is hereby **REFERRED** to the Honorable J. Craig Whitley, United States Bankruptcy Judge, for such further proceedings as may be required pursuant to 28 U.S.C. § 157(c)(1). To the extent that the Bankruptcy Court determines that this matter or any claim asserted herein is a core proceeding, this matter is **REFERRED** for the entry of appropriate orders and judgments, subject to review under 28 U.S.C. § 158. See 28 U.S.C. § 157(b)(1). Pursuant to 28 U.S.C. § 157(d), the Court may withdraw this Order of Reference once this matter is ready for trial.

**IT IS SO ORDERED.**

Signed: June 11, 2009

Martin Reidinger
United States District Judge